JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN CASTILLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RICHIE ROSILYN, an individual; TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01379-DOC-KES<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION FOR REMAND TO STATE COURT<br><br>Hearing Date: Monday October 18, 2021<br>Time: 8:30 am<br>Judge: Hon. Judge David O. Carter<br>Courtroom: 9D |

On the basis of Plaintiff's Motion for Remand the action to State Court, the opposition and any reply in support thereof, and any evidence and argument thereon, it is hereby ORDERED that Plaintiff's motion is GRANTED.

The hearing on this matter is ordered taken off calendar.

IT SO ORDERED this 12TH day of October, 2021.

*/s/ David O. Carter*
_____
DAVID O. CARTER
United States District Judge

-1-